**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED
OCT 1 5 2001

WILLIA BROWN,                          )
                                       )
            Plaintiff(s),              )       NO. **01C 7914**
                                       )
vs.                                    )
                                       )       **JUDGE PLUNKETT**
BURNHAM POLICE OFFICER                 )
KWIAKOWSKI, Star No. 76 Individually   )       MAGISTRATE JUDGE MASON
and as agent, servant and/or employee of )
BURNHAM POLICE DEPARTMENT, and         )
VILLAGE OF BURNHAM, a Body Politic     )
and Corporate,                         )
                                       )
            Defendant(s).              )

01 OCT 15 AM10:12  FILED-ED4
U.S. DISTRICT COURT CLERK

## COMPLAINT

### COUNT I

### SECTION 1983 CLAIM – EXCESSIVE FORCE

NOW COMES the Plaintiff, WILLIA BROWN, by and through LAW OFFICES

OF STEVEN J. MALMAN & ASSOCIATES, P.C., and complaining of the Defendants,

BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76 Individually and as agent,

servant and/or employee of BURNHAM POLICE DEPARTMENT, and VILLAGE OF

BURNHAM, a Body Politic and Corporate, states as follows:

1.      That this action arises under Section 1983 and 1988 of the Civil Right Act,

to-wit: 42 U.S.C., Sections 1983 and 1988 and the jurisdiction of this Court is based upon

28 U.S.C., Sections 1331 and 1343.

2.      That on or about December 18, 2000, and for a long time prior thereto, the

Defendants, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, was employed

as a Village of Burham Police Officer, within the scope of his employment and under the color of state law.

3.    On or about December 18, 2000, WILLIA BROWN, (hereinafter "Plaintiff"), was lawfully an invitee at a premises commonly known at the Little Brown Jug Tavern located at 14540 Torrence Avenue in the Village of Burnham, County of Cook, State of Illinois.

4.    That Plaintiff, while inside the aforementioned location, was assaulted and battered without any reason or provocation by the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, specifically, when said Defendants threw Plaintiff to the ground and kicked Plaintiff about her body, face and neck.

5.    That said Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, specifically assaulted and battered Plaintiff about her body without any reasonable provocation whatsoever or in a defensive manner and committed said assault using excessive force which was unreasonable in light of the facts and circumstances confronting the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, which resulted in severe injuries to the Plaintiff.

6.    That said Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, assaulted and battered the Plaintiff without any reasonable provocation whatsoever and committed said assault using excessive force after they knew that Plaintiff was not acting in a defensive manner and defendant acts were committed in a reckless and callous disregard for Plaintiff's rights.

2

7.     That Plaintiff was subsequently arrested, handcuffed and charged with resisting a peace officer, without just cause, probable cause or any other reason by Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76.

8.     That as a direct and proximate result of the acts of the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, the Plaintiff suffered great bodily harm.  That the assault and arrest of the Plaintiff was committed by the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, under the color of law and knowingly and intentionally violated Plaintiff's Fourth and Fourteenth Amendment rights to be free from excessive force, summary punishment and unreasonable searches and seizures.

WHEREFORE, the Plaintiff, WILLIA BROWN, pray for judgment against the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS for compensatory and punitive damages, plus costs of this action and also for attorney's fees incurred herein pursuant to this action.

### COUNT II

### INTENTIONAL TORT ASSAULT AND BATTERY

9.     Plaintiff re-alleges and incorporates herein paragraphs 1 through 8 of Count I as if fully set forth herein.

10.     That at all times mentioned in this complaint the Plaintiff was in the exercise of due care and caution for her own safety.

11.     That it was the duty of the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, herein acting as an agent, servant and/or employee of Defendant, BURNHAM POLICE DEPARTMENT, and VILLAGE OF BURNHAM, a

Body Politic and Corporate, Individually, not to subject the Plaintiff to unreasonable risk of injury.

12. That at the aforesaid time and place, the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, herein acting as an agent, servant and/or employee of Defendant, BURNHAM POLICE DEPARTMENT, and VILLAGE OF BURNHAM, a Body Politic and Corporate, did commit one or more of the following intentional acts:

  a. Intentionally assaulted and battered Plaintiff by throwing the plaintiff to the ground.

  b. Intentionally assaulted and battered the Plaintiff by kicking her about her body and face.

13. That as a direct and proximate result of the aforesaid intentional acts of the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, Individually, and acting as an agent, servant and/or employee of Defendant, BURNHAM POLICE DEPARTMENT, and VILLAGE OF BURNHAM, a Body Politic and Corporate, said Plaintiff was seriously and permanently injured, both internally and externally, specifically, Plaintiff suffered multiple body trauma and mental damage; she suffered great pain and anguish and was hindered and delayed in her occupation and continues in said same condition presently.

WHEREFORE, the Plaintiff, WILLIA BROWN, prays for judgment against the Defendant, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, Individually, and acting as an agent, servant and/or employee of Defendant, BURNHAM POLICE DEPARTMENT, and VILLAGE OF BURNHAM, a Body Politic and Corporate, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

4

## COUNT III

## RESPONDEAT SUPERIOR

14.    Plaintiff re-alleges and incorporates herein paragraphs 1 through 8 of Count II as if fully set forth herein.

15.    The actions of the individual Defendant as set forth above and herein were done while the Defendants were within the scope of their employment.

20.    Defendant, Village of Burnham, employed said Defendant and is therefore liable under the Doctrine of Respondeat Superior for the state law claims alleged in Count II above.

WHEREFORE, the Plaintiff, WILLIA BROWN, prays for judgment against the Defendants, BURNHAM POLICE OFFICER KWIAKOWSKI, Star No. 76, Individually, and acting as an agent, servant and/or employee of Defendant, BURNHAM POLICE DEPARTMENT, and VILLAGE OF BURNHAM, a Body Politic and Corporate, in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus costs of this action.

LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.


_____
Attorney for Plaintiff

LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.
205 W. Randolph Street
Suite 1040
Chicago, Illinois 60606
312/629-0099

Civil Cover Sheet

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet



DOCKETED
OCT 1 5 2001

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): Willia Brown**

County of Residence: Cook County, Illinois

Plaintiff's Atty:  Law Offices of Steven J.
Malman
205 West Randolph, Ste. 1040
Chicago, IL 60606
(312) 629-0099

**Defendant(s):Burnham Police Ofc. Kwiakowski, #76 Burnham Police Department Village of Burnham**

County of Residence:

Defendant's Atty:

01C 7914

JUDGE PLUNKETT

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

MAGISTRATE JUDGE MASON

III. Citizenship of Principle Parties **(Diversity Cases Only)**
                Plaintiff:- **N/A**
            Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:        **440 Other Civil Rights**

VI. Cause of Action:        **42 U.S.C. Sections 1983 and 1985**

01 OCT 15 AM 10: 12
FILED-ED4
CLERK
U.S. DISTRICT COURT

VII. Requested in Complaint
        Class Action: **No**
        Dollar Demand:
        Jury Demand:

VIII. This case **IS/NOT** a refiling of a previously dismissed case.

Signature: _____

Date: _____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm          10/08/2001

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

Willia Brown v. Burnham Police Officer Kwiakowski, et al.

Case Number: **01C 7914**

**JUDGE PLUNKETT**

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, Willia Brown

MAGISTRATE JUDGE MASON

DOCKETED
OCT 15 2001

**(A)**

SIGNATURE

NAME
Steven J. Malman

FIRM
Law Offices of Steven J. Malman & Associates

STREET ADDRESS
205 W. Randolph, Ste. 1040

CITY/STATE/ZIP
Chicago, IL 60606

TELEPHONE NUMBER
(312) 629-0099

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
6207944

MEMBER OF TRIAL BAR? YES [✓] NO [ ]

TRIAL ATTORNEY? YES [✓] NO [ ]

**(B)**

SIGNATURE

NAME
Cary M. Stein

FIRM
Law Offices of Steven J. Malman & Associates

STREET ADDRESS
205 W. Randolph, Ste. 1040

CITY/STATE/ZIP
Chicago, IL 60606

TELEPHONE NUMBER
(312) 629-0099

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
6207744

MEMBER OF TRIAL BAR? YES [ ] NO [✓]

TRIAL ATTORNEY? YES [✓] NO [ ]

DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [✓]

**(C)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES [ ] NO [ ]

TRIAL ATTORNEY? YES [ ] NO [ ]

DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]

**(D)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES [ ] NO [ ]

TRIAL ATTORNEY? YES [ ] NO [ ]

DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ]

FILED - FD4
01 OCT 15 AM 10: 12
CLERK U.S. DISTRICT COURT